

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00533-CV

Oscar Leo **QUINTANILLA**,
Appellant

v.

Andrew Bradford **WEST**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-06259
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED, and the cause is REMANDED for further proceedings consistent with this opinion. Costs of the appeal are taxed against Appellant Oscar Leo Quintanilla.

SIGNED January 15, 2020.

_____
Rebeca C. Martinez, Justice